873 A.2d 697

Frank J. LAIRD, Trustee Under the Trust Agreement of February 24, 1988, and Vernon C. Keesey, Jr., Individually and on Behalf of a Class of the Minority Shareholders of the Clearfield & Mahoning Railroad Company, a Pennsylvania Corporation and, Derivatively, on Behalf of the Clearfield & Mahoning Railroad Company, Petitioners

v.

The CLEARFIELD & MAHONING RAILWAY COMPANY, a Pennsylvania Corporation, Buffalo, Rochester & Pittsburgh Railway Company, a Pennsylvania Corporation, Buffalo & Pittsburgh Railroad, Inc., a Pennsylvania Corporation, CSX Transportation, Inc., a Virginia Corporation, R.J. Corman Railway Company/Pennsylvania Lines, Inc., a Pennsylvania Corporation and Richard J. Corman, Consolidated Rail Corporation, and David R. Irvin, Respondents.

Supreme Court of Pennsylvania.

April 26, 2005.

## ORDER

PER CURIAM:

**AND NOW,** this 26th day of April, 2005, the Petition for Allowance of Appeal is **GRANTED,** limited to the following issue:

Whether the trial court's order rendering judgment "upon agreement and stipulation of the parties," with damages "as limited by previous rulings of this Court" and in the context of the trial court's on-the-record contemplation of "an order that would preserve any and all rights [Petitioners] have for appellate review on any prior proceeding in this case," had

the effect of foreclosing Petitioners' appeal rights relative to such prior proceedings and/or rulings?

The matter is taken as submitted on the briefs.